AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

U2 HOME ENTERTAINMENT, INC. )
*Plaintiff* )
v. ) Civil Action No. CV 12-2390
)
DYNASTY MEDIA GROUP, INC. )
*Defendant* )

E-filing

MEJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DYNASTY MEDIA GROUP, INC., a California Corporation
5840 Nagle Avenue
Van Nuys, CA 91401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Law Offices of Mason M. Tse, Esq.
170 South Spruce Avenue, Suite 200
South San Francisco, CA 94080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

*CLERK OF COURT*

**ANNA SPRINKLES**

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC.<br>*Plaintiff*<br>v.<br>DYNASTY MEDIA GROUP, INC.<br>*Defendant* | )<br>)<br>) Civil Action No. CV 12 2390 MEJ<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
New Tang Dynasty Television, an entity of unknown form
229 W. 28th Street, Suite 700
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Law Offices of Mason M. Tse, Esq.
170 South Spruce Avenue, Suite 200
South San Francisco, CA 94080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

MAY 1 1 2012          *CLERK OF COURT*

**ANNA SPRINKLES**

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*