NEW TANG DYNASTY TELEVISION
229 W. 28th Street, Suite 700
New York, NY 10001
Tele: (212) 736-8535
Facsimile: (212) 736-8536
E-mail: zhong.lee@ntdtv.com



Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as TAI SENG ENTERTAINMENT,<br><br>Plaintiff,<br><br>vs.<br><br>DYNASTY MEDIA GROUP, INC., a California Corporation, and NEW TANG DYNASTY TELEVISION, an entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:12-cv-02390-MEJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |

    Defendant New Tang Dynasty Television has moved the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order extending time for Defendant to file a responsive pleading.

    Having considered all papers filed by the parties in connection with Defendant's Motion for Extension of Time, and other materials of which the Court may properly take judicial notice, and for good cause shown, the Court GRANTS Defendants' Motion for Extension of Time. Defendant must file a responsive pleading within 60 days of the date of this Order.

IT IS SO ORDERED.

DATED: __June 6, 2012__

                              The Honorable Maria-Elena James

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2012, I mailed by Overnight Federal Express, a Motion for Extension of Time to File a Responsive Pleading, to the Clerk of the Court and to the Plaintiff at the following address:

> Mason M. Tse, Esq.
> Law Offices of Maon M. Tse, Esq.
> 170 South Spruce Avenue, Suite 200
> South San Francisco, CA 94080

I also certify that on June 4, 2012, I e-mailed a copy of this motion to the Plaintiff at the address of masontse@taiseng.com.

Zhong Lee

Chair and President
Universal Communications Network
D.B.A. New Tang Dynasty Television
229 W. 28th Street, Suite 700
New York, NY 10001
Tele: (212) 736-8535
Facsimile: (212) 736-8536
E-mail: zhong.lee@ntdtv.com