
MASON M. TSE., ESQ., # 199301
LAW OFFICES OF MASON M. TSE, ESQ.
170 SOUTH SPRUCE AVENUE, SUITE 200
South San Francisco, CA 94080
Telephone: (650) 871-8118, ext. 300
Facsimile: (650) 871-2887
Email: masontse@taiseng.com

Attorney for Plaintiff U2 HOME ENTERTAINMENT, INC.,
a California corporation doing business as
TAI SENG ENTERTAINMENT

**GRANTED**
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as TAI SENG ENTERTAINMENT,<br><br>Plaintiff,<br><br>vs.<br><br>DYNASTY MEDIA GROUP, INC., a California Corporation, and NEW TANG DYNASTY TELEVISION, an entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:12-CV-02390-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff U2 HOME ENTERTAINMENT, INC. and or its counsel, hereby give notice that the abovecaptioned action is voluntarily dismissed, without prejudice against Defendants Dynasty Media Group, Inc. and New Tang Dynasty Television.

| | |
|---|---|
| 1  Dated: July 2, 2012 | LAW OFFICES OF MASON M. TSE, ESQ. |
| 3 | /s/ Mason M. Tse      /s/ |
| 4 | Mason M. Tse, Esq.<br>Attorneys for Plaintiff |

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, I mailed by U.S. Mail, Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant New Tang Dynasty Television's Motion for Extension of Time to File Responsive Pleading to Defendant New Tang Dynasty Television at the following address:

> New Tang Dynasty Television
> 229 W. 28th Street, Suite 700
> New York, NY 10001

I also certify that on July 2, 2012, I emailed a copy of this **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** at the email address of zhong.lee@ntdtv.com.

/s/ Mason M. Tse    /s/
Mason M. Tse